UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
SUSANA ELVIRA CARRO PAGAN

CASE NO. 20-00282-MCF

CHAPTER 13

DEBTOR(S)

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1.   The Trustee has in his possession funds destined for a creditor as detailed below:

SUSANA ELVIRA CARRO PAGAN
405 ESMERALDA AVE
SUITE 2158
GUAYNABO, PR  00969

2.   The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.


WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0834913 for the amount of $3,337.45.


30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)


DATE: April 29, 2022

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535

20-00282-MCF
SUSANA ELVIRA CARRO PAGAN


VERIFIED STATEMENT


    The undersigned hereby certifies that a true copy of the foregoing
document was served on the parties listed below by ordinary U.S. Mail or
served electronically through the Court's ECF System at the e-mail address
registered with the Court.

SUSANA ELVIRA CARRO PAGAN              CARLOS A RUIZ RODRIGUEZ*
405 ESMERALDA AVE                      PO BOX 1298
SUITE 2158                             CAGUAS, PR  00726-1298
GUAYNABO, PR  00969

SUSANA ELVIRA CARRO PAGAN
405 ESMERALDA AVE
SUITE 2158
GUAYNABO, PR  00969


    In San Juan, Puerto Rico this Friday, April 29, 2022.

                                       _____
                                       Chapter 13 Clerk